**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE**

**NATHANIEL ROBINSON,**

   **Plaintiff,**

Vs.               No.: 2:07-cv-101

**SULLIVAN COUNTY, SULLIVAN
COUNTY SHERIFF'S DEPARTMENT,
JOHN DOE, JOHN DOE, and JOHN DOE,
ALL SHERIFF'S DEPUTIES OF THE
SULLIVAN COUNTY SHERIFF
DEPARTMENT,**

   **Defendants.**

**MEDIATOR'S REPORT**

  Comes, Pamela L. Reeves and files the Mediator's Report as follows:

  1. This case was mediated by PAMELA L. REEVES at the law firm of West & Rose in Kingsport, Tennessee on February 10, 2009.

  2. The Plaintiff, with his attorneys, Blair P. Durham and Ben Winters personally appeared at the Mediation. Representatives of the Defendants, appeared with their attorney, Julia C. West.

  3. The parties entered into settlement negotiations and successfully resolved their disputes.

Respectfully submitted this 18th day of February, 2009.

> /S/Pamela L. Reeves
> **PAMELA L. REEVES, Mediator**
> **Reeves, Herbert & Murrian, P.A.**
> **Tyson Place, Suite 130**
> **2607 Kingston Pike**
> **Knoxville, Tennessee 37919**
> **(865) 540-1977**

### CERTIFICATE OF SERVICE

I hereby certify that on 18th of February, 2009, a copy of the foregoing Mediator's Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

> /S/**Pamela L. Reeves**
> Pamela L. Reeves, Mediator
> BPR #6643
> Reeves, Herbert & Murrian, P.A.
> 2607 Kingston Pike, Suite 130
> Knoxville, Tennessee 37919
> 865-540-1977